LAW OFFICES
McCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL, GEORGIA  30076-2102
TELEPHONE: 770-643-7200
TELEFAX: 770-643-4176
1-800-275-7171

January 16, 2006

Clerk, United States Bankruptcy Court
P. O. Box 1111
Lexington, KY  40589-1111

## REQUEST FOR SERVICE OF NOTICES
## AND FOR COPIES OF DEBTOR/S' PETITION AND PLAN

RE:  Debtor(s)         :  Kimberly Jean Shockey
     Case Number       :  06-20014
     Chapter           :  13
     Secured Creditor  :  America's Servicing Company
     Loan Number       :  1205061631

Dear Sir / Madam:

   Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

   America's Servicing Company
   c/o McCalla, Raymer, et. al.
   Bankruptcy Department
   1544 Old Alabama Road
   Roswell, Georgia  30076

   Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Additionally in accordance with the provisions of 11 U.S.C. § 521 (e)(1) please provide a copy of Debtor/s' Petition and Schedules; and Pursuant to 11 U.S.C. § 521 (e)(3), please provide a copy of the Debtor/s' Plan.

   We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

                                             Very Truly Yours,

                                             /s/ Michael J. McCormick

                                             Michael J. McCormick, Esquire


   cc: Beverly Burden
       Michael E. Plummer, Esq.


File Number ASC-06-04802 /
Request for Service of Notice

<u>Trustee</u>

Beverly Burden
100 East Vine Street # 500
P.O. Box 2204
Lexington, KY  40588-2204

<u>Debtor's Attorney</u>

Michael E. Plummer, Esq.
11 West 6th Street
Covington, KY  41011

File Number ASC-06-04802 /
Request for Service of Notice