**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

**IN RE:**                                                **CASE: 06-20014**

**KIMBERLY SHOCKEY**                    **CHAPTER 13**

                                                              **JUDGE HOWARD**

**DEBTOR**

**(SUBSEQUENT TO PLAN CONFIRMATION)
APPLICATION FOR ALLOWANCE OF ADDITIONAL FEES**

    Petitioner respectfully represents that as attorney of record for the debtor(s) in these proceedings he has performed on behalf of the debtor(s) numerous services in connection with the work performed **POST** confirmation, and that he has represented the debtor(s) in all proceedings in this matter.

    Petitioner believes that the fair and reasonable fee for the services is $400.00
    Petitioner further represents that he has received the sum of $ -0- from the debtor(s) to date on the fee.

    WHEREFORE, petitioner prays for an Order directing the Trustee to pay to the petitioner in accordance with the usual practice in this Court the amount of $400.00

    I, Michael E. Plummer, state that the facts in this Application are true and that no understanding exists for a division of fees between the Attorney, the Trustee, the debtor, or any other person or entity.

Respectfully submitted,

/s/ Michael E. Plummer

_____

Michael E. Plummer
Attorney for Debtor
11 West 6th Street
Covington, Kentucky 41011
(859) 581-5516
(859) 581-5536 facsimile
Plummer50@fuse.net

## NOTICE AND OPPORTUNITY TO BE HEARD

Please take notice that the following Application for Fees has been filed with the United States Bankruptcy Court, Eastern District of Kentucky. You are hereby notified that you have 20 days from the date of service below to object to the Application so tendered or an Order approving said Application may be granted by the Court. A hearing will only be set on this Motion if a timely objection is filed with this Court.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Application for Fees was served by ordinary U.S. Mail, First Class, Postage Prepaid, to Hon. Beverly Burden, Office of the Chapter 13 Trustee, 100 East Vine Street, Suite 500, P.O. Box 2204, Lexington, Kentucky 40595, the debtor(s), and all creditors listed on the original Creditor Matrix on this 7th day of September , 2006

/s/ Michael Plummer
Michael E. Plummer
Attorney for Debtor

## ITEMIZATION

**all time billed at the rate of 200 per hour -**

## ITEMIZED STATEMENT

| | DATE | SERVICES | TIME | AMOUNT |
|---|---|---|---|---|
| 1 | Aug 31 2006<br>Sept 1 | calls to/from Chapter 13 client after receiving Motion for Relief; contacted creditor counsel And reviewed matter with same; MEP prepared and filed Objection | 1.00 | 200.00 |
| 2 | Sept 7 | reviewed docs and prepared with creditor Agreed Order To resolve same; | 1.00 | 200.00 |

**Total: 400.00**

**Balance: 400.00**
**total fee with balance to be paid from Chapter 13 Plan.**