200521879
(krc)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 06-20014 |
| Kimberly Jean Shockey | : | Chapter 13 |
| Debtor | : | Judge Howard |
| | : | **AGREED ORDER ON MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY OF U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS HEAT 2004-2 C/O WELLS FARGO BANK, N.A. (PROPERTY LOCATED AT 9655 SHANE LANE, UNION, KY 41091)** |

This matter having come on before the Court upon the Motion to Modify the Automatic Stay and Co-debtor Stay filed herein by the secured creditor, U.S. Bank, National Association, as trustee for Credit Suisse First Boston, MBS HEAT 2004-2 c/o Wells Fargo Bank, N.A., (hereinafter "Wells Fargo Bank"); and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Wells Fargo Bank; and the Court, being otherwise fully advised in the premises, hereby makes the following findings of fact and issues the following Order with respect thereto:

1.  The Chapter 13 Plan filed herein on behalf of the debtor provided that said debtor was to make her regular monthly mortgage payments to Wells Fargo Bank outside the Plan in a regular monthly fashion.

2.  In breach of the terms of said Plan, the debtor failed to make certain of the regular monthly mortgage payments to Wells Fargo Bank; said payments are currently in default for the month of July 2006, and subsequent months, incurring a total post-petition arrearage of $3,303.00, as of September 30, 2006, which amount consists of 2 post-petition payments (7/06 through 8/06) at $1,160.87 each, 1 post-petition payment (9/06) at $1,255.96, accrued post-petition late charges of $44.46, accrued post-petition NSF (non-sufficient funds) charges of $25.00, accrued post-petition property inspection fees of $45.00, less $889.16 in debtor's suspense account, and $500.00 in attorney fees and costs incurred herein.

3.  In order to eliminate said post-petition delinquency, the debtor hereby agrees to pay to Wells Fargo Bank and Wells Fargo Bank hereby agrees to accept in the form of certified funds, the following lump sum payments:

    a. $550.50 on or before September 21, 2006;

    b. $550.50 on or before October 21, 2006;

    c. $550.50 on or before November 21, 2006;

    d. $550.50 on or before December 21, 2006;

   e. $550.50 on or before January 21, 2007; and

   f. $550.50 on or before February 21, 2007.

The lump sum payments set forth above are in addition to the regular mortgage monthly payments due and owing for the respective months. All payments should be tendered to the following address:

**Wells Fargo Home Mortgage**
**1 Home Campus**
**Bankruptcy Payment Processing**
**MAC# X2505-01D**
**Des Moines, IA 50328**

This payment address is subject to change.

  4. The debtor further agrees to resume her regular monthly mortgage payments outside the Plan directly to Wells Fargo Bank beginning with a payment due October 2006, and to make all future monthly payments in a timely fashion.

  5. In the event that the said debtor should fail to pay any of the lump sum payments hereinabove described on or before their specified due dates, or should fail to pay any future monthly payment so that said mortgage payment is not received within 15 days of its due date, then, or in any one of those events, the automatic stay and co-debtor stay imposed by Section 362 of the Bankruptcy Code shall be terminated in all respects as against Wells Fargo Bank its successors and/or assigns upon filing of a Notice of Default with notice to debtor, debtor's counsel and the Chapter 13 Trustee, and without further order from this Court and

by agreement of the parties hereto.  The only ground for objection to such an Order shall be that payments were timely made.


/s/ Nathan L. Swehla, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3248
(513) 354-6464
ekybk@lsrlaw.com


/s/ Michael E. Plummer, Attorney for Debtor
Kimberly Jean Shockey


/s/ Beverly M. Burden, Trustee


Pursuant to Local Rule 9022-1(c),
Nathan L. Swehla shall cause
a copy of this order to be served on
each of the parties designated to receive
this order pursuant to Local Rule 9022-1(a)
and shall file with the court a certificate
of service of the order upon such parties
within ten (10) days hereof.

4

COPIES TO:

Kimberly Jean Shockey
9655 Shane Lane
Union, KY 41091

Orville Shockey, Jr.
9655 Shane Lane
Union, KY 41091

Hon. Michael E. Plummer
11 West 6th Street
Covington, KY 41011

SN Servicing Corp.
SN Funding Trust
P.O. Box 730203
Dallas, TX 75373

Beverly M. Burden, Trustee
100 E. Vine Street #500
P.O. Box 2204
Lexington, Kentucky  40588-2204

U.S. Trustee
100 E. Vine Street, Ste 803
Lexington, KY  40507

Hon. Nathan L. Swehla
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480

5

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Monday, September 11, 2006**
**(wsh)**