200521879
(bwilliams)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| IN RE: | Case No. 06-20014 |
| Kimberly Jean Shockey | Chapter 13 |
| Debtor | Judge Howard |
| | NOTICE OF DEBTOR'S DEFAULT UNDER PRIOR COURT ORDER BY U. S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MBS HEAT 2004-2 C/O WELLS FARGO BANK, N. A. (PROPERTY ADDRESS: 9655 SHANE LANE, UNION, KY 41091) |

Please take notice that the debtor has failed to make her post-petition payments due and owing to U.S. Bank, National Association, as trustee for Credit Suisse First Boston, MBS HEAT 2004-2 c/o Wells Fargo Bank, N.A. for November 2006 and December 2006. This constitutes a default under the Agreed Order on Motion to Modify the Automatic Stay and Co-Debtor Stay of U.S. Bank, National Association, as trustee for Credit Suisse First Boston, MBS HEAT 2004-2 c/o Wells Fargo Bank, N.A., filed herein on September 11, 2006.

Pursuant to said Agreed Order this Notice will be effective
to grant Creditor final relief from the automatic stay and co-debtor stay and no further Order will be filed.

/s/ Nathan L. Swehla
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 412-6600 ext. 3248
(513) 354-6464
ekybk@lsrlaw.com

CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing Notice of Default Under Prior Court Order has been duly served upon the following by either ordinary U.S. mail, postage prepaid or via electronic mail, this 28th day of December, 2006:

Kimberly Jean Shockey
9655 Shane Lane
Union, KY 41091

Orville Shockey, Jr.
9655 Shane Lane
Union, KY 41091

Hon. Michael E. Plummer
11 West 6th Street
Covington, KY 41011

SN Servicing Corp.
SN Funding Trust
P.O. Box 730203
Dallas, TX 75373

Beverly M. Burden, Trustee
100 E. Vine Street #500
P.O. Box 2204
Lexington, Kentucky  40588-2204

U.S. Trustee
100 E. Vine Street, Ste 803
Lexington, KY  40507


/s/ Nathan L. Swehla