```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF KENTUCKY
                          COVINGTON DIVISION
```

IN RE:   KIMBERLY JEAN SHOCKEY                    SSN# _____
                                                  SSN# _____

DEBTORS                                           Case No. 06-20014


### ORDER VACATING PAYROLL DEDUCTION ORDER

The Chapter 13 Trustee requests that the payroll deduction of plan payments in this case be stopped, **IT IS ORDERED:**

The payroll deduction order previously entered in this case is hereby VACATED.  The employer is authorized to refund to the debtor any funds on hand as of the date of this order and to pay all future wages to the debtor.

The Chapter 13 Trustee is directed to return to the debtor any funds she receives after the date of this order.

Dated: August 28, 2007

Tendered by:

/s/**Beverly M. Burden**
_____
Beverly M. Burden
Chapter 13 Trustee


CC   KIMBERLY JEAN SHOCKEY            PLUMMER, MICHAEL E.
                                      11 WEST SIXTH STREET
     9655 SHANE LANE
                                       COVINGTON   KY 41011
     UNION KY 41091

     VA HOSPITAL
     ATTN: PAYROLL DEPARTMENT
     32000 VINE STREET
     CINCINNATI OHIO 45220

Pursuant to Local Rule 9022-1(c), Beverly Burden shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
<u>*William S. Howard*</u>
**Bankruptcy Judge**
**Dated: Wednesday, August 29, 2007**
**(tcc)**