```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         Eastern District of Kentucky
                              COVINGTON DIVISION

IN RE:
    KIMBERLY JEAN SHOCKEY                                    CASE NO. 06-20014
    1601 E HENRY CLAY AVENUE
    FT WRIGHT KY 41011-3727

                                                             DATE: 11/20/07
                    Debtor(s)

------------------------------------------------------------------------------------
                            TRUSTEE'S FINAL REPORT
                                 AND ACCOUNT
------------------------------------------------------------------------------------
Beverly M. Burden, Trustee for the above case, submits the following final report and account of the
administration of the estate pursuant to 11 USC 1302(b)(1).

    1.  The case was filed on January 7, 2006 and confirmed on June 23, 2006.
        The case was COMPLETED on August 29, 2007.

    2.  The amount paid to the Trustee by or on behalf of the debtor(s) was $6,380.00.

    3.  The Trustee made disbursements to creditors as follows:
------------------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMT      PRIN PD      INT PD      BAL DUE
------------------------------------------------------------------------------------
AMERICA'S SERVICING CO. NO PAY CLAIM         .00          .00         .00          .00
AMERICA'S SERVICING CO. PD @R/E CLOSIN 12,062.96     1,200.60         .00          .00
CAPITAL ONE BANK        UNSECURED      1,321.68      1,321.68         .00          .00
MCCALLA RAYMER, LLC     NO PAY CLAIM         .00          .00         .00          .00
SN SERVICING CORP       NO PAY CLAIM         .00          .00         .00          .00
SN SERVICING CORP       PRE-PETIT         463.04        463.04        .00          .00

    4.  Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED       PRIORITY      UNSECURED                 TOTAL
------------------------------------------------------------------------------------
CLAIM AMOUNT       12,526.00           .00       1,321.68              13,847.68
PRINCIPAL PAID      1,663.64           .00       1,321.68               2,985.32
INTEREST PAID            .00           .00             .00                    .00

    5.  Costs of administration:
            The debtor's attorney was allowed $2,794.00 and was paid $2,794.00.
            The Trustee was paid $295.13.
            Refunds to the debtor total $305.55.

    6.  The total amount disbursed was $6,380.00.


                                        /s/ Beverly M. Burden
                                        _____
                                        BEVERLY M. BURDEN
                                        CHAPTER 13 TRUSTEE
                                        PO BOX 2204
                                        LEXINGTON, KY 40588-2204
                                        859-233-1527

CC:  PLUMMER, MICHAEL E.
     11 WEST SIXTH STREET
     COVINGTON KY 41011
```